EDWARD S. CAMPBELL, receiver, &c., of the Middlesex County Bank, respondent,

*v.*

THE PERTH AMBOY SHIPBUILDING AND ENGINEERING COMPANY et al., appellants.

[Argued March 14th and 15th, 1906.    Decided November 19th, 1906.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Pitney, whose opinion is reported in *70 N. J. Eq. 40.*

*Mr. Adrian Lyon,* for the appellants.

*Messrs. Lindabury, Depue & Faulks,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court of chancery by Vice-Chancellor Pitney.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, GARRETSON, HENDRICKSON, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—12.

*For reversal*—None.